UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>GENESIS GLOBAL CAPITAL, LLC and GEMINI TRUST COMPANY, LLC,<br><br>　　　　　　　　　Defendants. | 1:23-cv-287<br><br>MOTION FOR ADMISSION PRO HAC VICE |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, EDWARD J. REILLY hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Securities and Exchange Commission in the above-captioned action.  I am a member in good standing of the bar of the Supreme Court of Virginia.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  A certificate of good standing from the above jurisdiction issued within the past 30 days and an affidavit pursuant to Local Rule 1.3 are attached to this motion.  Pursuant to Local Rule 1.3(c), no filing fee is required because I will be appearing in this case on behalf of a federal government agency.

Dated: January 12, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD J. REILLY
　　　　　　　　　　　　　　　　　　　　　Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　　　　100 F Street N.E.
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20549
　　　　　　　　　　　　　　　　　　　　　(202) 551-6791 / reillyed@sec.gov

## CERTIFICATE OF SERVICE

I certify that on January 12, 2023, I caused a copy of the foregoing Motion for Admission Pro Hac Vice to be served by ECF on all parties who have made an ECF appearance.

                                                    ___/s/_ Edward J. Reilly_____
                                                    EDWARD J. REILLY