UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS GLOBAL CAPITAL, LLC and GEMINI TRUST COMPANY, LLC,<br><br>Defendants. | 1:23-cv-287 |

**AFFIDAVIT OF EDWARD J. REILLY**

I, EDWARD J. REILLY, declare as follows:

1. I am a Trial Attorney in the Division of Enforcement at the Washington, DC headquarters of the Securities and Exchange Commission ("Commission"). In this position, I represent the Commission in enforcement actions filed in United States District Courts throughout the country. I make this affidavit in support of my application for admission Pro Hac Vice to appear as counsel for the Commission in the above captioned case.

2. I am a member in good standing of the bar of the Supreme Court of Virginia, and there are no pending disciplinary proceedings against me in any state or federal court. A certificate of good standing issued within the past 30 days (Exhibit 1) accompanies my motion.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently pending against me.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: 1/12/2023

Edward J. Reilly

HARIS ASIM
Notary Public - State of Maryland
Montgomery County
My Commission Expires Nov 15, 2026