# EXHIBIT 1

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Edward Joseph Reilly, II

was admitted to practice as an attorney and counsellor at the bar of this Court on October 31, 2011.

I further certify that so far as the records of this office are concerned, Edward Joseph Reilly, II is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 19th day of December
A.D. 2022

By: _____
*Deputy Clerk*