UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS GLOBAL CAPITAL, LLC and GEMINI TRUST COMPANY, LLC,<br><br>Defendants. | 1:23-cv-287<br><br>[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE |

The motion of Edward J. Reilly, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Supreme Court of Virginia; and that his contact information is as follows:

Applicant's Name:   Edward J. Reilly

Firm Name:   Securities and Exchange Commission

Address:   100 F Street N.E.
Washington, DC  20549

Telephone/Fax   (202) 551-6791 (phone); (202) 551-9287 (fax)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Securities and Exchange Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                                      United States District Judge/Magistrate Judge