AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities and Exchange Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-287-ER |
| Genesis Global Capital, LLC et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Securities and Exchange Commission.

Date: 03/08/2023

/s/ Laura E. Meehan
*Attorney's signature*

Laura E. Meehan LM6628
*Printed name and bar number*
Division of Enforcement
U.S. Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004
*Address*

meehanla@sec.gov
*E-mail address*

(212) 336-0079
*Telephone number*

*FAX number*