UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              *Plaintiff,*<br><br>     v.<br><br>GENESIS GLOBAL CAPITAL, LLC and GEMINI TRUST COMPANY, LLC,<br><br>                            *Defendants.* | Case No. 1: 23-CV-287 (ER) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John F. Baughman of JFB Legal, PLLC, hereby appears as attorney of record for Defendant Gemini Trust Company, LLC, in this matter and requests that copies of all papers in this action be served upon the undersigned.

Dated: New York, New York
        March 13, 2023

 

JFB Legal, PLLC

By: /s/ John F. Baughman

    John F. Baughman
    299 Broadway – Suite 1816
    New York, NY 10007
    (212) 548-3212

*Attorneys for Gemini Trust Company, LLC*