UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              *Plaintiff,*<br><br>v.<br><br>GENESIS GLOBAL CAPITAL, LLC and GEMINI TRUST COMPANY, LLC,<br><br>                              *Defendants.* | Case No. 1: 23-CV-287 (ER) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew Bosse of JFB Legal, PLLC, hereby appears as attorney of record for Defendant Gemini Trust Company, LLC, in this matter and requests that copies of all papers in this action be served upon the undersigned.

Dated: New York, New York
       March 13, 2023

                                                                JFB Legal, PLLC

                                                                By: /s/ Andrew Bosse

                                                                    Andrew Bosse
                                                                    299 Broadway – Suite 1816
                                                                    New York, NY 10007
                                                                    (212) 548-3212

                                                                *Attorneys for Gemini Trust Company, LLC*