UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         *Plaintiff*,<br><br>    v.<br><br>GENESIS GLOBAL CAPITAL, LLC, and GEMINI TRUST COMPANY, LLC,<br><br>         *Defendants.* | Case No. 1:23-CV-287 (ER)<br><br>**RULE 7.1 STATEMENT** |

    Pursuant to Fed. R. Civ. P. 7.1, Gemini Trust Company, LLC ("Gemini") discloses that Gemini is wholly owned by Gemini Spaceship, LLC. Gemini Spaceship, LLC is majority-owned by Gemini Space Station, LLC, which in turn is majority-owned by Winklevoss Capital Fund, LLC. No public corporation holds 10% or more of the equity of any such disclosed entity.

Dated: New York, New York
     March 13, 2023

                       JFB LEGAL, PLLC

                         By: /s/ John F. Baughman

                          John F. Baughman
                          Andrew Bosse
                          299 Broadway – Suite 1816
                          New York, NY 10007
                          (212) 548-3212

                         *Attorneys for Gemini Trust Company, LLC*

#294266v2