UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

*Plaintiff,*

v.

GENESIS GLOBAL CAPITAL, LLC and
GEMINI TRUST COMPANY, LLC,

*Defendants.*

Case No. 23-cv-287 (ER)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew Bosse of JFB Legal, PLLC, hereby appears as attorney of record for Defendant Gemini Trust Company, LLC, in this matter and requests that copies of all papers in this action be served upon the undersigned.

Dated: New York, New York
       March 14, 2023

JFB LEGAL, PLLC

By: /s/ Andrew Bosse

Andrew Bosse
299 Broadway – Suite 1816
New York, NY 10007
(212) 548-3212

*Attorneys for Gemini Trust
Company, LLC*