UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS GLOBAL CAPITAL, LLC and GEMINI TRUST COMPANY, LLC,<br><br>Defendants. | 23-cv-287<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Genesis Global Capital, LLC in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated: New York, New York
       March 16, 2023

MORRISON COHEN LLP

By:   */s/ Jason Gottlieb*
      Jason Gottlieb
      909 Third Avenue
      New York, New York 10022
      (212) 735-8600
      jgottlieb@morrisoncohen.com

*Attorneys for Defendant
Genesis Global Capital, LLC*