UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                           Plaintiff,<br><br>        v.<br><br>GENESIS GLOBAL CAPITAL, LLC and GEMINI TRUST COMPANY, LLC,<br><br>                           Defendants. | 23-cv-287<br><br>NOTICE OF APPEARANCE |

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Genesis Global Capital, LLC in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated: New York, New York
       March 16, 2023

                                              MORRISON COHEN LLP

                                              By:    */s/ Daniel C. Isaacs*
                                                        Daniel C. Isaacs
                                                         909 Third Avenue
                                                         New York, New York 10022
                                                         (212) 735-8600
                                                         disaacs@morrisoncohen.com

                                                *Attorneys for Defendant*
                                                *Genesis Global Capital, LLC*