UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>GENESIS GLOBAL CAPITAL, LLC and GEMINI TRUST COMPANY, LLC,<br><br>　　　　　　　　　　Defendants. | 23-cv-287<br><br>**RULE 7.1 STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Genesis Global Capital, LLC, by and through its undersigned counsel, hereby makes the following disclosure: Genesis Global Capital, LLC is 100% owned by Genesis Global Holdco, LLC, which in turn is 100% owned by Digital Currency Group, Inc., and no publicly-held corporation owns 10% or more of any such disclosed entity.

Dated:　New York, New York
　　　　　March 16, 2023

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jason Gottlieb*

　　　　　　　　　　　　　　　　　　　　　　　MORRISON COHEN LLP
　　　　　　　　　　　　　　　　　　　　　　　Jason Gottlieb
　　　　　　　　　　　　　　　　　　　　　　　Daniel C. Isaacs
　　　　　　　　　　　　　　　　　　　　　　　909 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, NY  10022
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 212-735-8600
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  212-735-8708

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　*Genesis Global Capital, LLC*