UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,

              v.

GENESIS GLOBAL CAPITAL, LLC and GEMINI
TRUST COMPANY, LLC,

                              Defendants.

23-cv-287

**NOTICE OF APPEARANCE**

 

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Genesis Global Capital, LLC in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated: New York, New York
       May 4, 2023

    MORRISON COHEN LLP

    By:    */s/ William Roth*
        William Roth
        909 Third Avenue
        New York, New York 10022
        (212) 735-8600
        wroth@morrisoncohen.com

    *Attorneys for Defendant*
    *Genesis Global Capital, LLC*