

500 E Main Street, Suite 1400
Norfolk, VA 23510
Tel: (757) 904 5373

299 Broadway, Suite 1816
New York, NY 10007
Tel: (212) 548 3212

May 4, 2023

**Via ECF**

The Honorable Judge Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

RE: *Securities and Exchange Commission v. Genesis Global Capital, LLC, and Gemini Trust Company, LLC*, No. 1:23-cv-287

Dear Judge Ramos:

We represent Defendant Gemini Trust Company, LLC ("Gemini") in the above-referenced case and refer to the letter filed today by Defendant Genesis Global Capital, LLC ("Genesis"). Gemini respectfully writes to seek permission to file a motion to dismiss broadly consistent with one outlined in Genesis's letter, and on the same schedule. The motion would be filed on May 26, 2023. In the event that Gemini elects to answer rather than move to dismiss, it will file its answer to the Complaint on that day.

The Complaint in this action was filed on January 12, 2023. Dkt. 1. On January 18, 2023, Gemini agreed to waive formal service of the Complaint. Dkt. 9. Currently, Gemini's deadline to answer is May 4, 2023. On March 13, 2023, Gemini requested an extension of time to respond to the Complaint while engaged in discussions about a potential agreed resolution to the case. Dkt. 14. On the same day, the Court granted the extension. Dkt. 15.

Gemini's counsel has conferred with counsel for the Securities and Exchange Commission, who consents to this schedule.

Respectfully submitted,

JFB LEGAL, PLLC

By: /s/ John F. Baughman

John F. Baughman
299 Broadway – Suite 1816
New York, NY 10007

2

(212) 548-3212

*Attorneys for Gemini Trust Company, LLC*

cc: all parties via ECF