UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              *Plaintiff,*<br><br>v.<br><br>GENESIS GLOBAL CAPITAL, LLC and GEMINI TRUST COMPANY, LLC,<br><br>                              *Defendants.* | No. 23-CV-287 (ER)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Elizabeth J. Lee of JFB Legal, PLLC, hereby appears as attorney of record for Defendant Gemini Trust Company, LLC, in this matter and requests that copies of all papers in this action be served upon the undersigned.

Dated: New York, New York
       May 24, 2023

                                                                JFB Legal, PLLC

                                                                By: */s/ Elizabeth J. Lee*

                                                                       Elizabeth J. Lee
                                                                       299 Broadway – Suite 1816
                                                                       New York, NY 10007
                                                                       (212) 548-3212

                                                                *Attorneys for Gemini Trust Company, LLC*