UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    *Plaintiff,*<br><br>v.<br><br>GENESIS GLOBAL CAPITAL, LLC and GEMINI TRUST COMPANY, LLC,<br><br>                                    *Defendants.* | No. 23-CV-287 (ER)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that John A. Nathanson of Shearman & Sterling LLP, hereby appears as attorney of record for Defendant Gemini Trust Company, LLC, in this matter and requests that copies of all papers in this action be served upon the undersigned.

Dated: New York, New York
       May 26, 2023

                                                                                                    SHEARMAN & STERLING LLP

                                                                                                    By */s/ John A. Nathanson*

                                                                                                       John A. Nathanson
                                                                                                       599 Lexington Avenue
                                                                                                        New York, New York 10022
                                                                                                        (212) 848-8611

                                                                              *Counsel for Gemini Trust Company, LLC*