UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         *Plaintiff*,<br><br>    v.<br><br>GENESIS GLOBAL CAPITAL, LLC and GEMINI TRUST COMPANY, LLC,<br><br>         *Defendants*. | No. 23-cv-287 (ER)<br><br>**NOTICE OF MOTION TO DISMISS** |

  PLEASE TAKE NOTICE that Defendant Gemini Trust Company, LLC ("Gemini"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, and the Individual Rules of this Court, and upon (1) the accompanying memorandum of law in support of this motion to dismiss, (2) the declaration of John F. Baughman and the exhibit thereto, and (3) the motion to dismiss filed by Defendant Genesis Global Capital, LLC, hereby respectfully moves this Court, before the Honorable Edgardo Ramos, United States District Court Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, on a date and at a time designated by the Court, for an order granting Gemini's motion to dismiss the Complaint in its entirety with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
    May 26, 2023

                        JFB LEGAL, PLLC

                         By /s/ John F. Baughman

                          John F. Baughman
                          Andrew Bosse
                          Elizabeth Lee
                          299 Broadway – Suite 1816
                          New York, New York 10007
                          (212) 548-3212

- *and* -

SHEARMAN & STERLING LLP

By <u>/s/ John A. Nathanson</u>

    John A. Nathanson
    599 Lexington Avenue
    New York, New York 10022
    (212) 848-8611

*Attorneys for Gemini Trust Company, LLC*