UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

GENESIS GLOBAL CAPITAL, LLC and GEMINI
TRUST COMPANY, LLC,

Defendants.

Case No. 23-CV-287 (ER)

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jason Gottlieb, dated May 26, 2023, with its exhibit, and the accompanying Memorandum of Law in Support of Genesis Global Capital, LLC's Motion to Dismiss the Complaint or Strike Certain of Plaintiff's Requests for Relief, Defendant Genesis Global Capital, LLC ("GGC") will move before the Honorable Edgardo Ramos, United States District Judge, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, Courtroom 619, at such date as the Court will determine, for an Order, pursuant to Federal Rules of Civil Procedure Rules 12(b)(1) and 12(b)(6), dismissing the Complaint, dated January 12, 2023 (the "Complaint"), filed by Plaintiff Securities and Exchange Commission as against GGC, or, in the alternative, striking the Complaint's prayer for a permanent injunction and disgorgement.

Dated: New York, New York
      May 26, 2023                  MORRISON COHEN LLP

By: /s/ *Jason Gottlieb*
           Jason Gottlieb
           Daniel C. Isaacs
           William Roth
           909 Third Avenue
           New York, New York 10022
           (212) 735-8600

*Attorneys for Defendant Genesis Global Capital, LLC*