UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS GLOBAL CAPITAL, LLC and GEMINI TRUST COMPANY, LLC,<br><br>Defendants. | Case No. 23-CV-287 (ER) |

**DECLARATION OF JASON GOTTLIEB IN SUPPORT OF DEFENDANT GENESIS GLOBAL CAPITAL, LLC'S MOTION TO DISMISS THE COMPLAINT OR STRIKE CERTAIN OF PLAINTIFF'S REQUESTS FOR RELIEF**

JASON GOTTLIEB, an attorney duly admitted to practice law before this Court, declares the following under penalty of perjury:

1. I am a partner of Morrison Cohen LLP, counsel for defendant Genesis Global Capital, LLC ("GGC") in the above-captioned action. As such, I am fully familiar with the facts and circumstances set forth herein. The purpose of this declaration is to place before the Court a document expressly referred to, and incorporated by reference, in the Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of the template Master Digital Asset Loan Agreement (the "Loan Agreement"), the tri-partite contract executed by GGC, Gemini Trust Company, and individual Gemini Earn users referred to by Plaintiff in the Complaint. *See, e.g.*, Complaint ¶¶ 3, 26, 31–32, 38.

1

**WHEREFORE,** GGC respectfully requests that the Court dismiss the Complaint in its entirety as against GGC, or, in the alternative, strike the SEC's requests for a permanent injunction and disgorgement, and grant such other and further relief as is just and proper.

Dated: New York, New York
       May 26, 2023

                                                    */s/ Jason Gottlieb*
                                                    JASON GOTTLIEB