# MorrisonCohen LLP

Jason P. Gottlieb
Partner
(212) 735-8837
jgottlieb@morrisoncohen.com

August 18, 2023

**<u>VIA ECF</u>**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:    *SEC v. Genesis Global Capital, LLC and Gemini Trust Company, LLC*, 23-CV-287 (ER)

Dear Judge Ramos:

On behalf of Defendant Genesis Global Capital, LLC ("GGC"), we respectfully submit this letter, pursuant to Rule 2.D of Your Honor's Individual Practices, to request oral argument on GGC's Motion to Dismiss the Complaint (ECF 33).

Respectfully submitted,

*/s/ Jason Gottlieb*
Jason Gottlieb
Daniel C. Isaacs
William Roth