

500 E Main Street, Suite 1400  
Norfolk, VA 23510  
Tel: (757) 904 5373

299 Broadway, Suite 1816  
New York, NY 10007  
Tel: (212) 548 3212

August 18, 2023

**Via ECF**

The Honorable Judge Edgardo Ramos  
U.S. District Court for the Southern District of New York  
Thurgood Marshall U.S. Courthouse  
40 Foley Square, Courtroom 619  
New York, NY 10007

    RE: *Securities and Exchange Commission v. Genesis Global Capital, LLC, and Gemini Trust Company, LLC*, No. 1:23-cv-287

Dear Judge Ramos:

    On behalf of Defendant Gemini Trust Company, LLC, and pursuant to Section 2.D of this Court's Individual Practices, we respectfully request oral argument on Gemini's Motion to Dismiss the Complaint (ECF No. 30).

    Respectfully submitted,

    JFB Legal, PLLC

    By: /s/ John F. Baughman

        John F. Baughman  
        299 Broadway – Suite 1816  
        New York, NY 10007