UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

                **Plaintiff,**

           **v.**

GENESIS GLOBAL CAPITAL, LLC and
GEMINI TRUST COMPANY, LLC,

                **Defendants.**

Case No. 23-cv-287 (ER)

---

**[PROPOSED] CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1.      All parties <u>do not</u> consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).

2.      This case <u>is</u> to be tried to a jury.

3.      Joinder of additional parties must be accomplished by <u>January 5, 2024</u>.

4.      Amended pleadings may be filed until <u>January 5, 2024</u>.

5.      Interrogatories shall be served no later than <u>May 24, 2024</u>, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 <u>shall</u> apply to this case.

6.      First request for production of documents, if any, shall be served no later than <u>January 26, 2024</u>.

7.      Non-expert depositions shall be completed by <u>September 20, 2024</u>.

          a.     Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

          b.     Depositions shall proceed concurrently.

        c.      Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8.      Any further interrogatories, including expert interrogatories, shall be served no later than October 25, 2024.

9.      Requests to Admit, if any shall be served no later than September 20, 2024.

10.     Expert reports shall be served no later than, October 25, 2024.

11.     Rebuttal experts shall be served no later than November 22, 2024.

12.     Expert depositions shall be completed by December 20, 2024.

13.     ALL DISCOVERY SHALL BE COMPLETED BY December 20, 2024.

14.     Any motions shall be filed in accordance with the Court's Individual Practices.

15.     This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

16.     The Magistrate Judge assigned to this case is the Hon.  Katharine H. Parker      .

17.     If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

18.     The next case management conference is scheduled for January 3, 2025 at 11 a.m.

SO ORDERED.

Dated: New York, New York
     November 30, 2023

Edgardo Ramos, U.S. District Judge

Dated: November 27, 2023                              Respectfully submitted,

GENESIS GLOBAL CAPITAL LLC              SECURITIES AND EXCHANGE
                                                            COMMISSION

By:    -------*IsI Jason P. Gottlieb*-------      By:    ------*IsI Edward J. Reilly*--------

Jason P. Gottlieb                                     Edward Reilly
Morrison Cohen LLP                                 100 F Street NE
909 3rd Ave                                            Washington, DC 20549
New York, NY 10022                               (202) 802-5846
(212) 735-8837                                        reillyed@sec.gov
jgottlieb@morrisoncohen.com

                                                            Attorneys for Plaintiff Securities and
Attorneys for Defendant Genesis Global      Exchange Commission
Capital LLC


GEMINI TRUST COMPANY LLC


By:    ------*IsI Jack F. Baughman*-----
                 ----
Jack F. Baughman
JFB Legal
299 Broadway
Suite 1816
New York, NY, 10007
(757) 904-5374
Attorneys for Defendant Gemini Trust
Company LLC

3