UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         *Plaintiff,*<br><br>  v.<br><br>GENESIS GLOBAL CAPITAL, LLC and GEMINI TRUST COMPANY, LLC,<br><br>         *Defendants.* | No. 23-cv-287 (ER) |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

TO: The Clerk of Court and All Counsel of Record

PLEASE TAKE NOTICE that the law firm of JFB LEGAL, PLLC has changed its name to BAUGHMAN KROUP BOSSE PLLC. Additionally, the mailing address for the New York office has changed. Updated information is as follows:

| | |
|---|---|
| BAUGHMAN KROUP BOSSE PLLC<br>One Liberty Plaza – 46th Floor<br>New York, NY 10006<br>(212) 548-3212 | BAUGHMAN KROUP BOSSE PLLC<br>500 East Main St. – Suite 1400<br>Norfolk, VA 23510<br>(757) 904-5373 |

Dated: New York, New York
    January 3, 2024

                 BAUGHMAN KROUP BOSSE PLLC

                 By /s/ John F. Baughman

                   John F. Baughman
                   (jbaughman@bkbfirm.com)
                   Andrew Bosse
                   (abosse@bkbfirm.com)
                   Elizabeth Lee
                   (elee@bkbfirm.com)
                   One Liberty Plaza – 46th Floor
                   New York, NY 10006
                   (212) 548-3212

                 *Attorneys for Defendant Gemini Trust Company, LLC*