**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS GLOBAL CAPITAL, LLC, and GEMINI TRUST COMPANY, LLC,<br><br>Defendants. | No. 1:23-cv-00287-ER<br><br>Hon. Edgardo Ramos |

## <u>MOTION TO WITHDRAW AS ATTORNEYS OF RECORD</u>

Pursuant to Local Civil Rule 1.4, I, John A. Nathanson, respectfully move this Court for leave to withdraw Shearman & Sterling LLP (now Allen Overy Shearman Sterling US LLP, as a result of the combination of Shearman & Sterling LLP and Allen & Overy LLP, effective May 1, 2024) as attorneys of record for Defendant Gemini Trust Company, LLC ("Gemini") in the above-captioned action. I further request that the Clerk of the Court remove my name and my firm's name from the service list for this matter. In support of this motion, I state as follows:

1. Gemini has determined that we will no longer be representing it as attorney of record in this action.

2. Baughman Kroup Bosse PLLC will continue to represent Defendant as attorneys of record in this action.

3. Our withdrawal will not affect any current deadlines or cause any delay in this action.

4. We are not asserting a retaining or charging lien.

5. A copy of this motion is being served on Gemini through its current counsel in this action by electronic mail and to all counsel of record via the Court's

CM/ECF system.

Dated:        New York, New York
              May 6, 2024

                              Respectfully submitted,

                              */s/ John A. Nathanson*
                              John A. Nathanson
                              ALLEN OVERY SHEARMAN STERLING US LLP
                              599 Lexington Avenue
                              New York, NY 10022-6069
                              Telephone: (212) 848-4000
                              Facsimile: (212) 848-7179
                              john.nathanson@aoshearman.com

                              *Attorney for Defendant Gemini Trust Company, LLC*