**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         *Plaintiff,*<br><br>  v.<br><br>GENESIS GLOBAL CAPITAL, LLC and GEMINI TRUST COMPANY, LLC,<br><br>         *Defendants.* | No. 23-CV-287 (ER)<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that Ernest E. Butner IV of Baughman Kroup Bosse, PLLC, hereby appears as attorney of record for Defendant Gemini Trust Company, LLC, in this matter and requests that copies of all papers in this action be served upon him.

Dated: New York, New York
    November 25, 2024

                           BAUGHMAN KROUP BOSSE, PLLC

                             By: */s/ Ernest E. Butner IV*

                               Ernest E. Butner IV
                               One Liberty Plaza – 46th Floor
                               New York, NY 10006
                               (212) 548-3212

                               *Attorneys for Gemini Trust Company, LLC*