**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SECURITIES AND EXCHANGE COMMISSION,**

                                        **Plaintiff,**

                        **v.**

**GENESIS GLOBAL CAPITAL, LLC and GEMINI TRUST COMPANY, LLC,**

                                        **Defendants.**

---

Case No. 23-cv-287 (ER)

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1.    All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).

2.    This case is to be tried to a jury.

3.    Joinder of additional parties must be accomplished by January 5, 2024.

4.    Amended pleadings may be filed until January 5, 2024.

5.    Interrogatories shall be served no later than May 24, 2024, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall apply to this case.

6.    First request for production of documents, if any, shall be served no later than January 26, 2024.

7.    Non-expert depositions shall be completed by February 17, 2025.

    a.    Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b.    Depositions shall proceed concurrently.

1

     c.     Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8.     Any further interrogatories, including expert interrogatories, shall be served no later than May 2, 2025.

9.     Requests to Admit, if any shall be served no later than February 17, 2025.

10.     Expert reports shall be served no later than, April 25, 2025.

11.     Rebuttal experts shall be served no later than May 23, 2025.

12.     Expert depositions shall be completed by June 20, 2025.

13.     ALL DISCOVERY SHALL BE COMPLETED BY June 20, 2025.

14.     Any motions shall be filed in accordance with the Court's Individual Practices.

15.     This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

16.     The Magistrate Judge assigned to this case is the Hon.   Katherine H. Parker   .

17.     If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

18.     The case management conference presently scheduled for April 23, 2025, is adjourned to **June 20, 2025, at 11 a.m**.

SO ORDERED.

Dated: New York, New York
     November 25, 2025

                          Edgardo Ramos, U.S. District Judge