

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

<u>VIA ECF</u>                                                                                                         April 1, 2025
The Honorable Edgardo Ramos
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

Re:     <u>SEC v. Genesis Global Capital, LLC et al.,</u> No. 1:23-cv-287

Dear Judge Ramos:

Pursuant to Section 1.E of Your Honor's Individual Practices and Rule 1 of the Federal Rules of Civil Procedure, the parties in the above referenced matter write jointly to respectfully request a 60-day stay of all deadlines in this case to allow the parties to explore a potential resolution.

A district court has "broad discretion to stay proceedings as an incident to its power to control its docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). A district court deciding a motion to stay should consider the interests of each party, the interests of the courts, the interests of non-parties, and the public interest. *Kappel v. Comfort*, 914 F. Supp. 1056, 1058 (S.D.N.Y. 1996) (citation omitted).

In this case, the parties submit that it is in each of their interests to stay this matter while they consider a potential resolution and agree that no party or non-party would be prejudiced by a stay. Further, a stay is in the Court's and the public's interest because a resolution would conserve judicial resources.

Accordingly, the parties respectfully request that the Court grant this joint request for a 60-day stay. The parties propose that they will submit a joint status report within 60 days after entry of the stay.

Respectfully submitted,

*/s/ Edward J. Reilly*                                           */s/ Andrew Bosse*
Edward J. Reilly                                                   Andrew Bosse
Counsel for Plaintiff Securities                           Counsel for Defendant Gemini
and Exchange Commission                                Trust Company, LLC


cc: All Counsel of Record (*via ECF*)