

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

VIA ECF                                                                July 14, 2025
The Honorable Edgardo Ramos
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

Re:   *SEC v. Genesis Global Capital, LLC et al.,* No. 1:23-cv-287

Dear Judge Ramos:

Pursuant to the Court's Order staying the above-referenced matter [ECF No. 78], the parties jointly submit this Status Report and state as follows:

The parties continue to explore a potential resolution to this matter and believe that additional time will facilitate those efforts. To that end, the parties respectfully request that the stay of this case be extended for an additional 60 days, until September 15, 2025, to allow for continued discussions regarding a potential resolution. The parties submit that it is in each of their interests to continue the stay in this matter and agree that no party or non-party would be prejudiced by a stay. Further, a continuation of the stay is in the Court's and the public's interest because a resolution would conserve judicial resources.

The parties propose to submit a further joint status report at the end of that 60-day period, on September 15, 2025, to apprise the Court on the status of the parties' efforts.

Respectfully submitted,

*/s/ Edward J. Reilly*                           */s/ Andrew Bosse*
Edward J. Reilly                                  Andrew Bosse
Counsel for Plaintiff Securities                  Counsel for Defendant Gemini
and Exchange Commission                           Trust Company, LLC


cc: All Counsel of Record (*via ECF)*