

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

VIA ECF                                                                                September 15, 2025
The Honorable Edgardo Ramos
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

Re:    <u>SEC v. Genesis Global Capital, LLC et al.,</u> No. 1:23-cv-287

Dear Judge Ramos:

Pursuant to the Court's Order staying the above-referenced matter [ECF No. 80], the parties jointly submit this Status Report and state as follows:

The parties in this case have reached a resolution in principle that would completely resolve this litigation, subject to review and approval by the Commission. To allow the parties time to finalize the paperwork for the resolution, and for the Commission to then consider and determine whether to approve it, the parties jointly request that: (1) all pending dates in this litigation be indefinitely stayed and (2) if the parties have not filed the paperwork reflecting the resolution with the Court by December 15, 2025, the parties file a joint status report on that date updating the Court on the finalization of the resolution and proposed future deadlines.

Respectfully submitted,

<u>/s/ Edward J. Reilly</u>                                           <u>/s/ Andrew Bosse</u>
Edward J. Reilly                                                      Andrew Bosse
Counsel for Plaintiff Securities                                Counsel for Defendant Gemini
and Exchange Commission                                    Trust Company, LLC


cc: All Counsel of Record (*via ECF*)