

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549**

DIVISION OF
ENFORCEMENT

# MEMO ENDORSED

VIA ECF                                                                                           December 15, 2025

The Honorable Edgardo Ramos
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

Re:     *SEC v. Genesis Global Capital, LLC et al.*, No. 1:23-cv-287

Dear Judge Ramos:

     Pursuant to the Court's Order staying the above-referenced matter [ECF No. 82], the parties jointly submit this Status Report and state as follows:

     The Parties continue to work towards finalizing a resolution of this litigation. Due to the 43-day federal government shutdown, the parties require an additional 45-day period to finalize the paperwork for their resolution, and for the Commission to then consider and determine whether to approve it. Accordingly, the parties jointly request that: (1) all pending dates in this litigation continue to be indefinitely stayed and (2) if the parties have not filed the paperwork reflecting the resolution with the Court by January 29, 2026, the parties file a joint status report on that date updating the Court on the finalization of the resolution and proposed future deadlines.

Respectfully submitted,

*/s/ Edward J. Reilly*                                                               */s/ Andrew Bosse*
Edward J. Reilly                                                                       Andrew Bosse
Counsel for Plaintiff Securities                                              Counsel for Defendant Gemini
and Exchange Commission                                                    Trust Company, LLC

cc: All Counsel of Record (*via ECF*)

---

The requests are granted.  The case shall continue to be stayed indefinitely.  If the case has not otherwise been resolved, the parties are directed to file a status report by January 29, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: December 16, 2025
New York, New York